UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

[  ] AMENDED

In re:                                                                 Case No.

VICTORIA NAATAANBUU

Debtor(s).                                                             Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 5139 SOUTHINGTON AVE     (2) _____
Memphis, TN 38115

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $ 60     ( ) weekly, (✓) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

(✓) **PAYROLL DEDUCTION** from: CHRIST COMMUNITY HEALTH     **OR** ( ) **DIRECT PAY**.
2595 CENTRAL
MEMPHIS TN 38104

**DEBTOR (2)** shall pay $ _____     ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

( ) **PAYROLL DEDUCTION** from: _____     **OR** ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A) CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]     ( ) YES  (✓) NO

    (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE     ( ) YES  (✓) NO
    COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]

    (C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].     ( ) YES  (✓) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:     Monthly Plan Payment:

    _____ ; ongoing payment begins _____     $ _____
    Approximate arrearage: _____     $ _____
    _____ ; ongoing payment begins _____     $ _____
    Approximate arrearage: _____     $ _____

5. **PRIORITY CLAIMS:**
    IRS _____     Amount: 4200 _____     $ 70 _____
    _____     Amount: _____     $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

    _____ ; ongoing payment begins _____     $ _____
    Approximate arrearage: _____ Interest _____%     $ _____
    _____ ; ongoing payment begins _____     $ _____
    Approximate arrearage: _____ Interest _____%     $ _____

7. **SECURED CLAIMS:**
    [Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral:     Rate of Interest:     Monthly Plan Payment:
    _____     _____     _____%     $ _____
    _____     _____     _____%     $ _____
    _____     _____     _____%     $ _____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]

| | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____  Collateral: _____
_____  Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____  ( ) Not provided for   OR  ( ) General unsecured creditor
_____  ( ) Not provided for   OR  ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____
_____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____ %, OR,

(✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____   ( ) Assumes   OR   ( ) Rejects.
_____   ( ) Assumes   OR   ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately  60  months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Thomas C. Fila _____   DATE: 1/2/20 _____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**